UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARWIN GEOVANY
HENRIQUEZ CEBALLOS,

Petitioner,

Case No. 26-cv-12690
Hon. Matthew F. Leitman

v.

CURRENT OR ACTING FIELD
OFFICE DIRECTOR, MONROE
COUNTY INMATE DORMITORY
FACILITY DETENTION CENTER, *et al.*,

Respondents.
______________________________________________________________/

**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS (ECF No. 1) WITHOUT PREJUDICE**

*Pro se* petitioner Darwin Geovany Henriquez Ceballos is currently in federal custody at the Monroe County Jail-Dorm. On July 8, 2026, federal immigration officials detained Ceballos, charged him with being in the United States illegally under 8 U.S.C. § 1182(a)(6), and began removal proceedings against him. (*See* ECF No. 6-2.) Following his arrest, immigration officials determined that Ceballos should be detained during those proceedings pursuant to 8 U.S.C. § 1226(a). (*See id.*, PageID.51.)

Ceballos now seeks habeas relief in this Court pursuant to 28 U.S.C. § 2241. (*See* Pet., ECF No. 1.) Among other things, Ceballos says that he should be released from custody because he has not had a bond hearing under 8 U.S.C. § 1226(a). (*See id.*,

PageID.2.) The Court has reviewed the petition and **DENIES** it **WITHOUT PREJUDICE** for two reasons.

First, the Court cannot grant Ceballos relief because the petition has not been properly executed. More specifically, the petition had to have been signed by Ceballos, if he is representing himself, or by counsel, if he is proceeding through counsel, *see* Fed.R.Civ.P. 11, but the petition is not signed by anyone.[1] Nor is there any indication on the petition that Ceballos is proceeding through counsel.

Second, at the time that the petition was filed, Ceballos had not yet formally requested a bond hearing. However, since that time, Ceballos has now "requested a bond hearing," and the Government represents to the Court that "the immigration court is currently scheduling [that] bond hearing." (Resp., ECF No. 6, PageID.33.) Thus, because Ceballos is now in the process of receiving his requested bond hearing, it would be premature to grant him any relief.

For all of the reasons explained above, the Court **DENIES** Ceballos' petition **WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: August 25, 2026

[1] Nor is this a case where Ceballos left the petition unsigned inadvertently. Indeed, Ceballos could not have signed the petition. He is incarcerated at the Monroe County Jail, in Monroe, Michigan, and the petition was mailed to the Court from an address in Hialeah, Florida. (*See* Mailing Envelope, ECF No. 1, PageID.17.)

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 25, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126