UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARWIN GEOVANY
HENRIQUEZ CEBALLOS,

Petitioner,

Case No. 26-cv-12690
Hon. Matthew F. Leitman

v.

CURRENT OR ACTING FIELD
OFFICE DIRECTOR, MONROE
COUNTY INMATE DORMITORY
FACILITY DETENTION CENTER, *et al.*,

Respondents.
_____________________________________________________________________/

**JUDGMENT**

The above-entitled action came before the Court on a petition for a writ of habeas corpus. In accordance with the Order entered on this day:

**IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is **DENIED WITHOUT PREJUDICE**.

KINIKIA ESSIX
CLERK OF COURT

By: s/Holly A. Ryan
Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: August 25, 2026
Detroit, Michigan